**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by Doe 4's next friend and parent DOE 5, who also sues on Doe 5's own behalf.<br><br>          Plaintiffs,<br><br>   vs.<br><br>CONNELLSVILLE AREA SCHOOL DISTRICT,<br><br>        Defendant. | : : : : : : : : : : : : : : : : : | Civil Action No. 2:12-cv-01406-CB |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Freedom From Religion, Inc., in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.


September 27, 2012
Date

/s/ Marcus B. Schneider, Esquire
Marcus B. Schneider, Esquire
PA I.D. No 208421
Charles E. Steele, Esquire
PA I.D. No. 36583
STEELE SCHNEIDER
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
(412) 235-7682
(412) 235-7693/facsimile
mschneider@steeleschneider.com
csteele@steeleschneider.com

1