IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by Doe 4's next friend and parent DOE 5, who also sues on Doe 5's own behalf, | : : : : : | Civil Action No. 12-1406 |
| | : | JURY TRIAL DEMANDED |
| Plaintiffs, | : : | |
| vs. | : : | |
| CONNELLSVILLE AREA SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of the attorneys John W. Smart, Esquire and the law firm of Andrews & Price as counsel on behalf of the Connellsville Area School District, Defendant, in the above-captioned matter.

Respectfully submitted,

ANDREWS & PRICE

By: /s/ John W. Smart, Esq.
John W. Smart, Esq.
PA I.D.#43592
Firm #549
1500 Ardmore Boulevard, Ste. 506
Pittsburgh, PA 15221
(412) 243-9700

Attorneys for Defendant