IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by Doe 4's next friend and parent DOE 5, who also sues on Doe 5's own behalf, | : : : : : | Civil Action No. 12-1406 <br><br> JURY TRIAL DEMANDED |
| Plaintiffs, | : | |
| vs. | : : | |
| CONNELLSVILLE AREA SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Please enter the appearance of the attorneys Amie A. Thompson, Esquire and the law firm of Andrews & Price as counsel on behalf of the Connellsville Area School District, Defendant, in the above-captioned matter.

                                      Respectfully submitted,

                                      ANDREWS & PRICE

                                      By:   /s/ Amie A. Thompson, Esq.
                                                      Amie A. Thompson, Esq.
                                                        PA I.D.#309345
                                                        Firm #549
                                                        1500 Ardmore Boulevard, Ste. 506
                                                        Pittsburgh, PA  15221
                                                        (412) 243-9700

                                                        Attorneys for Defendant