THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by DOE 4's next friend and parent, DOE 5, who also sues on DOE 5's own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>CONNELLSVILLE AREA SCHOOL DISTRICT,<br><br>Defendant. | : : : : : : : : : : : : : : : : : | Case 2:12-cv-01406 |

**JOINT DISTRICT JUDGE OPTION**

Pursuant to Section 636(c)(2) of Title 28, United States Code, we acknowledge the availability of a United States Magistrate Judge but we elect to have this case randomly assigned to a United States District Judge.

Respectfully submitted,

*/s/ Marcus B. Schneider, Esquire*
Marcus B. Schneider, Esquire
PA I.D. No.208421
STEELE SCHNEIDER
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
(412) 235-7682
(412) 235-7693/facsimile
mschneider@steeleschneider.com

*/s/ John W. Smart, Esquire*
John W. Smart, Esquire

1

PA I.D. No. 43592
ANDREWS AND PRICE
1500 Ardmore Blvd., Suite 506
Pittsburgh, PA 15221
(412) 243-9700
(412) 243-9660/facsimile
jsmart@andrewsandprice.com