THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by DOE 4's next friend and parent, DOE 5, who also sues on DOE 5's own behalf,<br><br>    Plaintiffs,<br>        vs.<br><br>CONNELLSVILLE AREA SCHOOL DISTRICT,<br><br>    Defendant. | : : : : : : : : : : : : : : : : | Case 2:12-cv-01406 |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2013, upon consideration of the foregoing Motion for Leave to Proceed Using Pseudonyms, it is hereby **ORDERED, ADJUDGED** and **DECREED** that said Motion is **GRANTED** and Plaintiffs shall be permitted to proceed in the instant case using the pseudonyms "Doe 4" and "Doe 5" as used by Plaintiffs in the Complaint and original caption of the case.

BY THE COURT:

_____J.