IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by Doe 4's next of friend and parent Doe 5, who also sues on Doe 5's own behalf,<br><br>    Plaintiffs,<br>vs.<br><br>CONNELLSVILLE AREA SCHOOL DISTRICT,<br><br>    Defendant. | :  Civil Action No. 2:12-cv-01406<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this  13  day of  December , 2013, upon consideration of the foregoing Joint Motion for Enlargement of Time to Complete Discovery, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED. Discovery shall be completed by March 21, 2014 and the post-discovery status conference shall be rescheduled to  March 21, 2014 at 1:30 PM.

             BY THE COURT:


             s/ Terrence F. McVerry                 J.