**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by DOE 4's next friend and parent, DOE 5, who also sues on DOE 5's own behalf,<br><br>        Plaintiffs,<br>   vs.<br><br>CONNELLSVILLE AREA SCHOOL DISTRICT,<br><br>        Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case 2:12-cv-01406 |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Alex J. Barker Esquire, on behalf of Plaintiffs in regards to the above-captioned case.

Respectfully submitted,

*/s/ Alex J. Barker, Esquire*
Alex J. Barker, Esquire
PA I.D. No. 316871
STEELE SCHNEIDER
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
(412) 235-7682
(412) 235-7693/facsimile
alexbarker@steeleschneider.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2014, the foregoing **NOTICE OF APPEARANCE**

was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's

electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the

Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.


*/s/ Alex J. Barker, Esquire*
Alex J. Barker, Esquire