**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by DOE 4's next friend and parent, DOE 5, who also sues on DOE 5's own behalf,<br><br>Plaintiffs,<br>vs.<br><br>CONNELLSVILLE AREA SCHOOL DISTRICT,<br><br>Defendant. | : : : : : : : : : : : : : : : : : : | Case 2:12-cv-01406 |

ORDER OF COURT

NOW this ___10th___ day of ___December___, 2014 upon consideration of

Plaintiff's Motion for Leave to File Excess Pages, said Motion is granted. Plaintiff may file a

Brief in Support of Plaintiffs' Motion for Summary Judgment thereof not to exceed 35 pages.


BY THE COURT


s/ Terrence F. McVerry