THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by DOE 4's next friend and parent, DOE 5, who also sues on DOE 5's own behalf,<br><br>    Plaintiffs,<br>  vs.<br><br>CONNELLSVILLE AREA SCHOOL DISTRICT,<br><br>    Defendant. | Case 2:12-cv-01406 |

## PROPOSED ORDER

NOW this _____ day of _____, 20__ upon consideration of Plaintiffs' Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that said Motion is **GRANTED**. Judgment is entered in favor of Plaintiffs and against Defendant.

                BY THE COURT

                _____