IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4,** *by Doe 4's next friend and parent,* **DOE 5,** *who also sues on Doe 5's own behalf,*<br><br>Plaintiffs,<br><br>vs.<br><br>**CONNELLSVILLE AREA SCHOOL DISTRICT,**<br><br>Defendant. | 2:12-cv-1406 |

## JUDGMENT

AND NOW, this 28th day of August, 2015, in accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment in the amount of $1.00 is **HEREBY ENTERED** in favor of Plaintiffs, Freedom From Religion Foundation, Inc., Doe 4, by Doe 4's next friend and parent, Doe 5, who also sues on Doe 5's own behalf, and against Defendant, the Connellsville Area School District.

The Clerk shall docket this case **CLOSED**.

BY THE COURT:

s/Terrence F. McVerry
Senior United States District Judge

cc:   Marcus B. Schneider
      Email: mschneider@steeleschneider.com
      Alex J. Barker
      Email: alexbarker@steeleschneider.com

      John W. Smart
      Email: jsmart@andrewsandprice.com
      Amie A. Thompson
      Email: AThompson@andrewsandprice.com