THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 4, by Doe 4's next friend and parent DOE 5, who also sues on Doe 5's own behalf.<br><br>Plaintiffs,<br><br>vs.<br><br><br>CONNELLSVILLE AREA SCHOOL DISTRICT,<br><br>Defendant. | : : : : : : : : : : : : : : : : | Civil Action No. 2:12-cv-01406-TFM |

### ORDER OF COURT

AND NOW, this  11th day of September, 2015, upon consideration of the foregoing Plaintiffs' Consented Motion for Extension of Time to File Plaintiffs' Motion for Attorney's Fees Pursuant to 42 U.S.C. § 1988, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and Plaintiff shall have until September 25, 2015 to file Plaintiffs' Motion for Attorney's Fees.

BY THE COURT:



  s/ Terrence F. McVerry                    J.